EPISCOPAL DIOCESE OF ROCHESTER et al., Respondents, v DAVID HARNISH, as Former Rector of All Saints Protestant Episcopal Church, et al., Appellants, et al., Defendants.

In the Matter of ALL SAINTS ANGLICAN CHURCH, Formerly Known as ALL SAINTS PROTESTANT EPISCOPAL CHURCH, Appellant, v EPISCOPAL DIOCESE OF ROCHESTER et al., Respondents.

Submitted November 13, 2007; decided January 15, 2008

Reported below, 43 AD3d 1406.

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Supreme Court's order denying appellants' motion for leave to renew, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.

GALINA PANOVA FEDOFF, Respondent, v BORIS WINTHROP FEDOFF, Appellant.

Submitted December 10, 2007; decided January 15, 2008

Reported below, 41 AD3d 114.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of a Trust Created by CHARLOTTE P. HYDE, Deceased. GLENS FALLS NATIONAL BANK AND TRUST COMPANY et al., as Trustees of a Trust Created by CHARLOTTE P. HYDE, Deceased, Respondents; LOUIS H. WHITNEY et al., Appellants. (Proceeding No. 1.)

In the Matter of a Trust Created by CHARLOTTE P. HYDE, Deceased. GLENS FALLS NATIONAL BANK AND TRUST COMPANY et al., as Trustees of a Trust Created by CHARLOTTE P. HYDE, Deceased, Respondents; LOUIS H. WHITNEY et al., Appellants. (Proceeding No. 2.)

1028

In the Matter of a Trust Created by NELL PRUYN CUNNINGHAM, Deceased. BANKNORTH, N.A., et al., as Trustees of a Trust Created by NELL PRUYN CUNNINGHAM, Deceased, Respondents; LOUIS H. WHITNEY et al., Appellants. (Proceeding No. 3.)

Submitted December 3, 2007; decided January 15, 2008

Reported below, 44 AD3d 1195.

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

NEHME IMTANIOS, Appellant, v GOLDMAN SACHS et al., Defendants and Third-Party Plaintiffs-Respondents. AMERICAN BUILDING MAINTENANCE Co., Third-Party Defendant-Respondent.

Submitted December 10, 2007; decided January 15, 2008

Reported below, 44 AD3d 383.

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in Civil Court of the City of New York (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

In the Matter of LOVE'M SHELTERING, INC., Appellant, v COUNTY OF SUFFOLK et al., Respondents.

Submitted January 7, 2008; decided January 15, 2008

Reported below, 33 AD3d 923.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

LIZA MINNELLI, Appellant, v M'HAMMED SOUMAYAH, Respondent.

Submitted December 10, 2007; decided January 15, 2008

Reported below, 41 AD3d 388.